BONITA S. GUTIERREZ (SBN 303648)
Open Immigration Legal Services
1939 Harrison Street, Ste. 715
Oakland, CA 94612
Tel: (424) 433-2801
Fax: (424) 208-0095
bonita@openimm.org

*Attorney for Petitioner*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TON VONGPHAKDY, | ) No. 1:25-cv-01781-DC-EFB (HC) |
| | ) |
| Petitioner, | ) [PROPOSED] ORDER GRANTING ONE WEEK |
| | ) EXTENSION OF TIME |
| v. | ) |
| | ) Re: ECF No. 5 |
| WARDEN OF THE GOLDEN STATE | ) |
| ANNEX DETENTION FACILITY, et al., | ) |
| | ) |
| Respondents. | ) |

The Court has reviewed the parties stipulation and good cause appearing, hereby grants the stipulated one week extension of Petitioner's deadline to respond to Respondent's motion to dismiss and request for the Court to withdraw the order to produce the A-File. Petitioner's deadline to respond is thus extended from February 2 until February 10, 2026.

IT IS SO ORDERED:

DATED:  January 31, 2026

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER GRANTING EXTENTION OF TIME
*Vongphakdy v. Warden, et al.*, 1:25-cv-01781 DC EFB